# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • New York • Newark • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**MEMO ENDORSED**

Emily Hayes
Emily.Hayes@WilsonElser.com

[RECEIVED DEC 18 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]

Adjourned to 1/28/08 @ 9:15 AM

SO ORDERED
Date: 12/18/07
Richard M. Berman, U.S.D.J.

December 14, 2007

Hon. Richard M. Berman, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:   Beach v. Life Insurance Company of North America, 07 Civ. 10479 (RMB)(THK)
      Our File No.   :   09856.00124

Dear Judge Berman:

We represent defendant Life Insurance Company of North America ("LINA") in the referenced action, and write with the consent of plaintiff's counsel to request an adjournment of the initial pre-trial conference currently scheduled for December 20, 2008 at 9:30 a.m. Pursuant to a signed waiver of service, LINA's response to plaintiff's complaint is due January 26, 2008, and the adjournment will allow us to review LINA's file and prepare a response prior to the conference. There have been no previous adjournment requests.

Thank you for your attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Emily A Hayes*

Emily Hayes

cc: Jason Newfield, Esq.

1838037.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07