UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NANCY REACH,                                            :

                Plaintiff,              :

        - against -                                 :          07 CV 10479 (RMB)

LIFE INSURANCE COMPANY OF NORTH AMERICA, :          Notice of Appearance

                Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant Life Insurance Company of America.

    I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
             January 23, 2008

                                                      Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                    By:  /s/ Emily A. Hayes
                                            Fred N. Knopf (FNK 4625)
                                            Emily A. Hayes (EH 5243)
                                            *Attorneys for the Defendant*
                                            3 Gannett Drive
                                            White Plains, New York 10604
                                            (914) 323-7000

1866247.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2008, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/Emily A. Hayes
Fred N. Knopf (FNK 4625)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001
emily.hayes@wilsonelser.com

1866247.1