# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Gard~~~ • ~~~~~~~~ • ~~~~~~~~~
Miami • Newark • New York • Orlando • Philadelphia • Sa~ Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

**MEMO ENDORSED**

Emily Hayes
Emily.Hayes@WilsonElser.com

> CONFERENCE ADJOURNED TO
> 2/5/08 AT 9³⁰ A.M.

January 30, 2008

**SO ORDERED:**
Date: 1/31/08        *Richard M. Berman*
                     **Richard M. Berman, U.S.D.J.**

**BY FACSIMILE**

Hon. Richard M. Berman, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

> Re:   Reach v. Life Ins. Co. of North America, 07 Civ. 10479 (RMB)(THK)
>       Our File No.   :       09856.00124

Dear Judge Berman:

We represent defendant Life Insurance Company of North America ("LINA") in the referenced action, and write to request an adjournment of the pre-motion conference currently scheduled for February 1, 2008 at 9:30 a.m to allow my colleague, Fred Knopf, to attend. We request this adjournment following a conversation with your chambers regarding my status as your former law clerk, and believe that it is appropriate that I not appear in this matter. Mr. Knopf is not available on February 1 but is available at any time on February 5, 6, or 7.

Thank you very much.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Emily Hayes

Emily Hayes

cc: Jason Newfield, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/08
```

1873003.1