

# FRANKEL & NEWFIELD, P.C.

**MEMO ENDORSED**

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530

Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

February 4, 2008

**VIA FACSIMILE (212) 805-6717**

Hon. Richard Berman, U.S.D.J.
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007-1312

RECEIVED FEB 04 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Re: Reach v. Life Ins. Co. of North America
    07 CV 10479 (RMB)

Dear Judge Berman:

This office is counsel for Plaintiff in the above matter. Plaintiff respectfully submits this letter to request that the conference scheduled for tomorrow, February 5, 2008 be rescheduled to a later date. Defense counsel consents to this request.

Your Honor previously adjourned the conference at Defendant's request.

Both counsel are available on either Wednesday February 6, 2008, Friday, February 8, 2008, or Monday February 11, 2008.

Thank you for your attention to this request.

Respectfully submitted,

FRANKEL & NEWFIELD, P.C.

By: Jason Newfield

ADJOURNED TO 2/6/08 AT 11:00 A.M.

cc: Fred Knopf, Esq.
JAN/bms
X:\Share\...\Reach\Judge Berman2 ltr.wpd

**SO ORDERED:**
Date: 2/4/08
Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-08